The judgment of the trial court is, therefore, reversed and the cause remanded.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

R. E. Eubank, of Paris, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

**KRUEGER, Judge.**

The offense is the use of violently abusive language under circumstances reasonably calculated to provoke a breach of the peace. The penalty assessed is a fine of $25.

No notice of appeal appears in the record. This is necessary to confer jurisdiction on this court to consider the appeal. See Art. 827, C.C.P., and cases cited under said article in Vernon's Ann.Tex.C.C. P., Vol. 3, p. 197. See also Branch's Ann. Tex.P.C., sec. 588.

The appeal is dismissed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## SUTTON v. STATE.

No. 21902.

Court of Criminal Appeals of Texas.

Feb. 11, 1942.

## BAILEY v. STATE.

No. 21929.

Court of Criminal Appeals of Texas.

Feb. 11, 1942.

M. L. Walters, Jr., of Jefferson, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of having in her possession an illicit alcoholic beverage in a container to which no tax stamp showing the payment of the tax had been affixed, and no evidence that it had been paid.

The record is before us without bills of exception and statement of facts. We find nothing for our consideration.

The judgment of the trial court is affirmed.